# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN SMITH,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>　　　　　　　Respondent. | Case No. LACV 19-762-PSG (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dis.....ssed with prejudice.

DATED: November 19, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE